April 20, 1981.

433 A.2d 550

Commonwealth v. Carr, Appellant.

Petition for Allowance of Appeal Denied Sept. 10, 1981.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

ROBERTS, J., filed a memorandum concurring statement.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.